```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 06 B 05940
   WILLIAM G NOTTKE
   REGINA T NOTTKE                                   CHAPTER 13

                                                    JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-4562    SSN XXX-XX-6512


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 05/24/2006 and was not confirmed.

       The case was transferred to Glenn Stearns, Trustee on 07/13/2006.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------

HARRIS BANK                   SECURED            10462.00         .00            .00
HOMECOMINGS FINANCIAL NE      CURRENT MORTG          .00          .00            .00
WASHINGTON MUTUAL BANK        CURRENT MORTG          .00          .00            .00
ASSOCIATES CAPITAL BANK~      UNSEC W/INTER    NOT FILED          .00            .00
BP/CITI                       UNSEC W/INTER    NOT FILED          .00            .00
CBUSASEARS                    UNSEC W/INTER    NOT FILED          .00            .00
CHASE                         UNSEC W/INTER    NOT FILED          .00            .00
CITIBANK                      UNSEC W/INTER    NOT FILED          .00            .00
DISCOVER FINANCIAL SERVI      UNSEC W/INTER     12875.78          .00            .00
EXPRESS                       UNSEC W/INTER    NOT FILED          .00            .00
FIRST TENNESSEE BANK          UNSEC W/INTER    NOT FILED          .00            .00
FIRST TENNESSEE BANK          UNSEC W/INTER    NOT FILED          .00            .00
GENERAL MOTORS ACCEPTANC      UNSEC W/INTER    NOT FILED          .00            .00
GFC AUTO LEASE                UNSEC W/INTER    NOT FILED          .00            .00
HOUSEHOLD BANK                UNSEC W/INTER    NOT FILED          .00            .00
HSBC/BEST BUY                 UNSEC W/INTER    NOT FILED          .00            .00
JC PENNY                      UNSEC W/INTER    NOT FILED          .00            .00
WORLD FINANCIAL NETWORK       UNSEC W/INTER       202.48          .00            .00
MARATHON OIL                  UNSEC W/INTER    NOT FILED          .00            .00
MARSHALL FIELDS               UNSEC W/INTER    NOT FILED          .00            .00
MBNA AMERICA                  UNSEC W/INTER    NOT FILED          .00            .00
MONOGRAM BANK N AMERICA       UNSEC W/INTER    NOT FILED          .00            .00
NICOR                         UNSEC W/INTER    NOT FILED          .00            .00
OLD REPUBLIC INSURED FIN      SECURED NOT I     2962.09           .00            .00
OCWEN FEDERAL BANK            UNSEC W/INTER    NOT FILED          .00            .00
RNB-FIELDS3                   UNSEC W/INTER    NOT FILED          .00            .00
TARGET NATIONAL BANK          UNSEC W/INTER      1271.82          .00            .00
VALUE CITY                    UNSEC W/INTER    NOT FILED          .00            .00
CHASE MANHATTAN BANK          UNSEC W/INTER    NOT FILED          .00            .00
WFNNB LANE BRYANT             UNSEC W/INTER    NOT FILED          .00            .00
WFNNB NEW YORK & COMPANY      UNSEC W/INTER    NOT FILED          .00            .00
WFNNB THE AVENUE              UNSEC W/INTER    NOT FILED          .00            .00
MACEY & ALEMAN                DEBTOR ATTY           .00                          .00
TOM VAUGHN                    TRUSTEE                                            .00
DEBTOR REFUND                 REFUND                                             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 05940 WILLIAM G NOTTKE & REGINA T NOTTKE
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         ---------------      ---------------
TOTALS                        .00                   .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 11/29/06           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE