```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 05940
   WILLIAM G NOTTKE
   REGINA T NOTTKE                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

           Debtor
    SSN XXX-XX-4562      SSN XXX-XX-6512


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 05/24/06 and confirmed on 10/11/06.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $   51228.00 .

    4.   The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
WELLS FARGO HOME MORT     CURRENT MORTG         .00            .00            .00
HOMECOMINGS FINANCIAL NE  SECURED VEHIC         .00            .00            .00
HARRIS BANK CONSUMER LOA  SECURED           8513.82         542.65         8513.82
BP OIL CARD CENTER        UNSECURED       NOT FILED            .00            .00
CBUSA SEARS               UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED          5690.34        440.51         5690.34
RESURGENT CAPITAL SERVIC  UNSECURED         11721.36        907.40        11721.36
DISCOVER BANK             UNSECURED         12875.78        996.81        12875.78
JC PENNEY                 UNSECURED       NOT FILED            .00            .00
WORLD FINANCIAL NETWORK   UNSECURED           202.48         16.52          202.48
MARSHALL FIELD            UNSECURED       NOT FILED            .00            .00
MBNA AMERICA              UNSECURED       NOT FILED            .00            .00
MONOGRAM BANK OF AMERICA  UNSECURED       NOT FILED            .00            .00
NICOR GAS                 UNSECURED       NOT FILED            .00            .00
OLD REPUBLIC INSURED FIN  SECURED           2962.09         435.24         2962.09
ROUNDUP FUNDING LLC       UNSECURED         1271.82          98.47         1271.82
WFNNB                     UNSECURED       NOT FILED            .00            .00
B LINE LLC                UNSECURED           39.46           4.73           39.46
         Summary of disbursements:

                    SECURED      PRIORITY     UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  11475.91          .00      31801.24          .00       43277.15
PRINCIPAL PAID      11475.91          .00      31801.24          .00       43277.15
INTEREST PAID         977.89          .00       2464.44          .00        3442.33
TOTAL PAID          12453.80          .00      34265.68          .00       46719.48
The Debtor's attorney, LEGAL HELPERS PC                 , was allowed $   3000.00
and was paid $   1000.00  direct and $   2000.00  through the plan.

The Trustee received $   2421.10 .
```

Refunds to the Debtor totaled $    87.42 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/16/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE